Stephen D. Raber (State Bar No. 121958)
David M. Horniak (State Bar No. 268441)
Joelle S. Perry (State Bar No. 275244)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
E-mail: sraber@wc.com
E-mail: dhorniak@wc.com
E-mail: jperry@wc.com

*Attorneys for Defendants Mars, Inc. and Mars Chocolate North America, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA CHESLOW and MIKE XAVIER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARS, INC. and MARS CHOCOLATE NORTH AMERICA, LLC,<br><br>　　　　　Defendants. | **Case No.: 15-04454-LB**<br><br>**CERTIFICATE OF SERVICE**<br><br>**CLASS ACTION** |

　　　I hereby certify that on September 29, 2015, I caused the following documents to be served on all interested parties in this action:

　　1.  Standing Order for United States Magistrate Judge Laurel Beeler (effective Oct. 21, 2014)

　　2.  Standing Order for All Judges of the Northern District of California (revised Nov. 1, 2014)

　　3.  Order Setting Initial Case Management Conference and ADR Deadlines (Sept. 29, 2015)

　　4.  Notice re Telephonic Appearance Procedures for Magistrate Judge Laurel Beeler (effective Aug. 1, 2013)

　　5.  Notice of Assignment of Case to a United States Magistrate Judge for Trial

6.  Consenting To The Jurisdiction Of A Magistrate Judge brochure (Sept. 23, 2015)

7.  ECF Registration Information

8.  Filing Procedures (San Francisco)

I caused the documents listed above to be served via U.S. Mail on the following:

| | |
|---|---|
| Rosemary M. Rivas<br>Alyssa Dang<br>Finkelstein Thompson LLP<br>One California Street, Suite 900<br>San Francisco, CA 94111 | Joseph N. Kravec, Jr.<br>McKean J. Evans<br>Feinstein Doyle Payne & Kravec, LLC<br>429 Forbes Avenue<br>Allegheny Building, Suite 1705<br>Pittsburgh, PA 15219 |

Dated:  September 29, 2015           Respectfully submitted,


By: /s/Stephen D. Raber
Stephen D. Raber (State Bar No. 121958)
David M. Horniak (State Bar No. 268441)
Joelle S. Perry (State Bar No. 275244)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
E-mail: sraber@wc.com
E-mail: dhorniak@wc.com
E-mail: jperry@wc.com

*Attorneys for Defendants Mars, Inc. and Mars Chocolate North America, LLC*