Rosemary M. Rivas (#209147)
**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, CA 94111
Tel: (415) 398-8700
Fax: (415) 398-8704
Email: rrivas@finkelsteinthompson.com

Joseph N. Kravec, Jr. (*pro hac vice*)
McKean J. Evans (*pro hac vice*)
**FEINSTEIN DOYLE**
   **PAYNE & KRAVEC, LLC**
429 Forbes Avenue
Allegheny Building, Suite 1705
Pittsburgh, PA 15219
Tel.: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@fdpklaw.com
           mevans@fdpklaw.com

*ATTORNEYS FOR PLAINTIFFS*
*AND THE PROPOSED CLASS*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDA CHESLOW and MIKE XAVIER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>MARS, INCORPORATED and MARS CHOCOLATE NORTH AMERICA, LLC,<br><br>　　　　　Defendants. | Case No. 15-04454-CRB<br><br>**DECLARATION OF JOSEPH N. KRAVEC, JR. IN SUPPORT OF STIPULATION TO EXTEND DEADLINES** |

I, Joseph N. Kravec, Jr. hereby declare as follows:

1. I am an attorney at law, admitted to practice *pro hac vice* before the United States District Court, Northern District of California, and I am a partner with the law firm Feinstein Doyle Payne & Kravec, LLC, co-counsel for Plaintiffs Cheslow and Xavier ("Plaintiffs") in this action.

2. I have personal knowledge of the facts set forth below, and, if called upon to testify, could and would competently testify thereto.

3. I make this declaration in support of the Parties' Stipulation to Extend Deadlines By 14 Days.

4. The Parties have agreed to a brief extension of deadlines in this action that will not materially affect the schedule for this case.

5. There have been no previous time modifications in this case.

6. Approval of the Parties' Stipulation will not disrupt the existing schedule because the only deadlines the Court has set concern the January 15, 2016 Case Management Conference, and the Parties' stipulation does not affect those deadlines (Dkt. No. 16).

                                                    s/Joseph N. Kravec, Jr.
                                                    Joseph N. Kravec, Jr.

# PROOF OF SERVICE

STATE OF PENNSYLVANIA         )
                              )  ss.:
COUNTY OF ALLEGHENY           )

I am employed in the County of Allegheny, State of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is 429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA 15219.

On October 22, 2015, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Joseph N. Kravec, Jr., I filed and served the document(s) described as:

**DECLARATION OF JOSEPH N. KRAVEC, JR., IN SUPPORT OF STIPULATION TO EXTEND DEADLINES**

[X]  **BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

I declare that I am admitted *pro hac vice* in this action.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 22, 2015 at Pittsburgh, Pennsylvania.

                                                     s/Joseph N. Kravec, Jr.
                                                      Joseph N. Kravec, Jr.