Rosemary M. Rivas (#209147)
**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, CA 94111
Tel: (415) 398-8700
Fax: (415) 398-8704
Email: rrivas@finkelsteinthompson.com

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
McKean J. Evans (admitted *pro hac vice*)
**FEINSTEIN DOYLE**
  **PAYNE & KRAVEC, LLC**
429 Forbes Avenue
Allegheny Building, Suite 1705
Pittsburgh, PA 15219
Tel.: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@fdpklaw.com
         mevans@fdpklaw.com

*ATTORNEYS FOR PLAINTIFFS*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA CHESLOW and MIKE XAVIER, on behalf of themselves and all others similarly situated,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**MARS, INC. and MARS CHOCOLATE NORTH AMERICA, LLC,**<br><br>                    Defendants. | CASE NO.:  3:15-cv-04454-CRB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  WHEREAS, on August 26, 2015, Plaintiffs Linda Cheslow and Mike Xavier ("Plaintiffs")
2  filed a Class Action Complaint for Declaratory and Injunctive Relief against Mars, Inc. and Mars
3  Chocolate North America, LLC ("Mars") in the Superior Court of California, San Francisco County
4  for violations of California's Unfair Competition Law, False Advertising Law, and Consumer Legal
5  Remedies Act;

6  WHEREAS, on September 28, 2015, Mars removed Plaintiffs' action to the United States
7  District Court for the Northern District of California;

8  WHEREAS, on October 5, 2015, Mars answered Plaintiffs' Complaint asserting ten
9  affirmative defenses to Plaintiffs' claims;

10  WHEREAS, the parties have resolved Plaintiffs' claims;

11  WHEREAS, the parties agree to the herein Stipulation of Dismissal with Prejudice Pursuant
12  to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party bearing its own attorneys' fees, costs and expenses;
13  and

14  WHEREAS, there has been no class certified in this action and this Stipulation only
15  dismisses Plaintiffs' individual claims with prejudice, so Fed. R. Civ. P. 23(e) is not implicated by
16  dismissal of Plaintiffs' action as no absent putative class members will be bound by this dismissal.

17  NOW THEREFORE, the parties respectfully request that all claims in Plaintiffs' Complaint
18  be DISMISSED WITH PREJUDICE.

19  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

20  DATED: November 5, 2015                **FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

                                          By:  s/Joseph N. Kravec, Jr.
                                              Joseph N. Kravec, Jr. (admitted *pro hac vice*)
                                              Attorneys for Plaintiffs Linda Cheslow
                                              and Mike Xavier

25  DATED:  November 5, 2015               **WILLIAMS & CONNOLLY LLP**

                                          By:  s/Stephen D. Raber via consent
                                              Stephen D. Raber (#121958)
                                              Attorneys for Mars, Incorporated and Mars
                                              Chocolate North America, LLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  DATED:  November ; , 2015                        _____

4                                                                              Honorable Charles R. Breyer
                                                                                  United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28